# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00431-CV

**Donald Ray McCray, Appellant**

**v.**

**Paula Foy, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. GN402677, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal arises from a final order dismissing appellant's claims, which was signed by the trial court on May 3, 2005. Appellant's notice of appeal was due on June 2, 2005, 30 days after the order was signed.[1] *See* Tex. R. App. P. 26.1(a). Appellant's notice of appeal was not filed with this Court until June 24, 2005. Because appellant's notice of appeal was untimely and was outside of the 15-day window for an extension of time provided in Rule 26.3, we dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 25.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed:   November 22, 2005

---

[1] Appellant did not file any motions or requests that would extend this deadline. *See* Tex. R. App. P. 26.1(a).